**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00040-CDS-NJK |
| Plaintiff | **Order Approving Stipulation to Extend Time to File Response** |
| v. | |
| ELIZABETH CHAVEZ-HERNANDEZ, | [ECF No. 99] |
| Defendant | |

Based on the stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED, that the government has to and including April 6, 2026, to file any and all responses to the defendant's motion to dismiss filed on March 2, 2026.

IT IS FURTHER ORDERED that any replies to the response must be filed on April 20, 2026.

Dated: March 17, 2026

_____
Cristina D. Silva
United States District Judge