**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00040-CDS-NJK |
| Plaintiff | **ORDER APPROVING STIPULATION TO WITHDRAW ECF NO. 105** |
| v. | |
| ELIZABETH CHAVEZ-HERNANDEZ, | [ECF No. 106] |
| Defendant | |

Based on the parties' stipulation, it is ordered that the order granting the the defendant's unopposed motion to dismiss, ECF No. 105, is hereby withdrawn. The Clerk of Court is kindly directed to re-open the case against Chavez-Hernandez.

Dated: April 23, 2026

_____

Cristina D. Silva
United States District Judge