**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00040-CDS-NJK |
| Plaintiff | **Order Approving Stipulation to Continue Sentencing** |
| v. | |
| ELIZABETH CHAVEZ-HERNANDEZ, | |
| Defendant | |

Based on the stipulation of counsel, and good cause appearing therefore, the September 3, 2026 sentencing hearing is vacated and continued to November 3, 2026, at 10:00 a.m. in LV Courtroom 6B.

Dated: July 9, 2026

_____
United States District Judge